# United States District Court
## Eastern District of California

**FILED**

MAR 06 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**UNITED STATES OF AMERICA**

**FIRST AMENDED CRIMINAL COMPLAINT**

**V.**

**CHARLES A. ROSS**

**DOCKET NUMBER: 6:17-mj-0007-MJS**

I, legal officer Susan St. Vincent, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   In Yosemite National Park, in the Eastern District of California, Charles A ROSS, did violate:

**Count 1:** Operate a motor vehicle while under the influence of alcohol to a degree that rendered the operator incapable of safe operation, in violation of Title 36 Code of Federal Regulations §4.23(a)(1).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Operate a motor vehicle with a BAC greater than 0.08, in violation of Title 36 Code of Federal Regulations §4.23(a)(2).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 3:** Fail to comply with the directions of a traffic control device, in violation of Title 36 Code of Federal Regulations §4.12.
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 4:** Turn without signaling, in violation of Title 36 Code of Federal Regulations §4.2; California Vehicle Code §22107
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 5:** Drive recklessly upon a highway in willful or wanton disregard for the safety of persons or property where alcohol was a factor, in violation of Title 36 Code of Federal Regulations § 4.2, incorporating California Vehicle Code § 23103, pursuant to California Vehicle Code § 23013.5(a)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state I am the legal officer and this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

Speedy Trial Act Applies: **No**

U.S. v. Charles A Ross
First Amended Criminal Complaint

On November 11, 2016 at approximately 7:45 p.m., while on patrol in a marked patrol vehicle, Ranger Fey observed a black Cadillac fail to come to a complete stop at the posted four way intersection of Village Drive and Northside Drive. Ranger Fey observed the Cadillac turn left onto Northside Drive, River Straight traveling eastbound without use signaling the turn.

Ranger Fey followed behind the Cadillac on Northside Drive along River Straight and observed the vehicle's tires cross the solid white center line four times. Ranger Fey followed the Cadillac into Half Dome Village and initiated a vehicle stop. Ranger Fey contacted the driver, identified as Charles A ROSS. Ranger Fey observed ROSS had red glossy eyes, and he could smell the odor of alcoholic beverages coming from inside the passenger compartment of the vehicle. ROSS admitted he had shared a bottle of wine with a family member at approximately 5:00 p.m.

In addition to ROSS, the occupants of the vehicle included two adults and two minors. One of the adult passengers advised he had shared the bottle of wine with ROSS. Ranger Fey administered Standardized Field Sobriety Tests, during which ROSS showed signs of intoxication during the Horizontal Gaze Nystagmus (HGN), and One Leg Stand. ROSS declined to consent to a PBT test. Ranger Fey placed ROSS under arrest for driving while under the influence of alcohol and transported him to the Yosemite Holding Facility.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

3/6/17
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

3/6/17
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

Speedy Trial Act Applies: **No**

U.S. v. Charles A Ross
First Amended Criminal Complaint