Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARELS A. ROSS,<br><br>Defendant. | No. 6:17-MJ-0007-MJS<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for January 23, 2018. To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court on February 8, 2017.
.

Dated: January 15, 2018          NATIONAL PARK SERVICE

                                              /S/ Susan St. Vincent
                                              Susan St. Vincent
                                              Legal Officer

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for January 23, 2018, in the above referenced matter, *United States v. Ross, 6:17-mj-0007-MJS*, be vacated.

IT IS SO ORDERED.

Dated: January 16, 2018          /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE